THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STRICKLIN**  PLAINTIFF
**ADC #138119**

v.  Case No. 4:20-cv-00406-KGB-PSH

**SALINE COUNTY SHERIFF'S DEPARTMENT,** *et al.*  DEFENDANTS

## ORDER

Before the Court is the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris on July 2, 2020 (Dkt. No. 9). No objections have been filed by plaintiff Joshua Stricklin, and the deadline for filing objections has since passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Due to Mr. Stricklin's failure to comply with Local Rule 5.5(c)(2) and failure to respond to Judge Harris's May 29, 2020, Order, the Court dismisses this case without prejudice and denies Mr. Stricklin's request for a preliminary injunction as moot (Dkt. No. 4).

It is so ordered this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge