**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA STRICKLIN**                                                                 **PLAINTIFF**
**ADC #138119**

**v.**                            **Case No. 4:20-cv-00406-KGB-PSH**

**SALINE COUNTY SHERIFF'S DEPARTMENT,** *et al.*                **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Joshua Stricklin's complaint is dismissed without prejudice.  The relief requested is denied.

So adjudged this the 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge